United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2951

_____

Donald Charles VanDeWalle,    *
                              *
        Appellant,            *
                              *
    v.                        *
                              *
J. Patrick McArdle, County Judge;    *
Orville J. Coady, District Judge;    *
Stanley H. Foster, Attorney;    *
Gary R. Young, Thayer County    *    Appeal from the United States
Sheriff; William L. Burgess,    *    District Court for the
Fillmore County Sheriff; Nancy    *    District of Nebraska.
C. McLaughlin, Clerk, District Court    *
of Thayer County; Luetta M.    *    [UNPUBLISHED]
Strothkamp, Clerk District Court    *
of Fillmore County; Dean L. Waldron;    *
Joseph N. Bixby; Todd J. Miene,    *
Bankcard Credit Adjustment    *
Supervisor,    *
                              *
        Appellees.            *

_____

Submitted:  January 7, 1998
Filed: January 9, 1998

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Donald Charles VanDeWalle appeals the district court's adverse grant of summary judgment in his suit against various defendants, alleging violations of state and federal law. Our review of the record and the parties' briefs indicates the district court's judgment was correct. We thus affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.